**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 5 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  22-10179 |
| Plaintiff-Appellee, | D.C. No. 3:20-cr-08109-SMB-1 |
| v. | |
| ROM LEE BENNETT, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Susan M. Brnovich, District Judge, Presiding

Submitted April 17, 2023[**]

Before:    CLIFTON, R. NELSON, and BRESS, Circuit Judges.

Rom Lee Bennett appeals from the district court's judgment and challenges

his guilty-plea conviction and 120-month sentence for sexual abuse of a minor, in

violation of 18 U.S.C. §§ 1153, 2243(a), and 2246.  Pursuant to *Anders v.*

*California*, 386 U.S. 738 (1967), Bennett's counsel has filed a brief stating that

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Bennett the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Bennett waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal except as to Special Condition 15, which we vacate and remand. *See United States v. Nishida*, 53 F.4th 1144, 1151-55 (9th Cir. 2022); *see also Watson*, 582 F.3d at 977 (an appeal waiver does not bar a constitutional challenge to a supervised release condition). On remand, the district court must reevaluate Special Condition 15 in light of *Nishida* and the post-*Nishida* changes made in the District of Arizona to this special condition.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED in part; VACATED in part; and REMANDED with instructions.**